# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| JAMES DARRIN, | : | Case No. 3:12-cv-349 |
| Plaintiff, | : | |
| -vs- | : | |
| | | District Judge Timothy S. Black |
| JACOB LEW, et al., | : | Magistrate Judge Michael R. Merz |
| Defendants. | : | |
| | : | |

## ORDER TO PRO SE PLAINTIFF UPON FILING OF MOTION TO DISMISS OR MOTION FOR SUMMARY JUDGMENT

You are hereby notified that Defendants filed with the Court on March 18, 2013, a motion to dismiss in this case [Doc # 7].   You should receive a copy of the motion directly from Defendants.

Under the rules of this Court (S.D. Ohio L.R. 7.2) you are allowed twenty-one days from the date of service (March 18, 2013) within which to file a response to this motion, plus an extra three days because of the way the motion was sent to you.   Your response must be filed with the Court not later than April 11, 2013.

March 19, 2013.                                                                       *s/Michael R. Merz*
                                                                                              United States Magistrate Judge