## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**JAMES DARRIN,**  Case No. 3:12-cv-349

    Plaintiff,

**-vs-**  **Judge Timothy S. Black**

**JACOB J. LEW,**

    Defendant.

_____
### JUDGMENT IN A CIVIL CASE
_____

**[ ]   Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

**[X]   Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

**IT IS ORDERED AND ADJUDGED** that the Report and Recommendations of the United States Magistrate Judge (Doc. 10) is **ADOPTED**; that the Defendant's Motion to Dismiss (Doc. 7) is **GRANTED** and this civil action is **DISMISSED WITH PREJUDICE**; and the case is **TERMINATED** from the docket of the Court.

Date: May 22, 2013  **JOHN P. HEHMAN, CLERK**

    By: *s/ M. Rogers*
    Deputy Clerk